# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEINBERGER, *et al.*, | Civ. A. No. 1:21-cv-02926 (RC) |
| Plaintiffs, | |
| v. | |
| U.S. POSTAL SERVICE, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's March 22, 2022 Minute Order requiring the parties to "file another joint status report on or before May 23, 2022." Consistent with the Court's order, the parties provide the following update.

As reported in the parties' earlier Joint Status Reports, Plaintiffs and the United States Postal Inspection Service ("USPIS") have reached an agreement regarding the prioritization of and a processing schedule for potentially responsive documents. On April 30, 2022, USPIS provided its second interim response to Plaintiffs' FOIA request, and advised that further interim responses will issue approximately every thirty days until USPIS has reviewed and processed all responsive documents.

As reported in the parties' earlier Joint Status Reports, the remaining agencies and components involved in this action have provided final responses to Plaintiffs' FOIA requests. The parties continue to discuss possible methods of resolving claims regarding the FOIA requests submitted to the Department of Justice Office of Information Policy, the Office of the Director of National Intelligence, the United States Postal Service, the Department of Homeland Security, and the Federal Bureau of Investigation, without further involvement of the Court.

In light of the above, the parties proposed to submit another joint status report on or before July 22, 2022.

| | |
|---|---|
| Dated:  May 23, 2022 | Respectfully submitted, |
| Bradley P. Moss, Esq.<br>D.C. Bar #975905 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Attorneys for the Plaintiffs*

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
D.C. Bar #1618175
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*